JOHN C. BURNS, Doing Business under the Name of BURNS REALTY COMPANY, Respondent, v. LELAND D. VAN RENSSELAER, Appellant.—

All concur.

ANNA LIPSTEIN, Appellant, v. CITY OF SCHENECTADY, Respondent.—

All concur. [180 Misc. 394.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GRADIE RAY, Appellant.— All concur.

## (May 7, 1943.)

MARION A. BRENNAN, Appellant, v. WILLIAM F. BRENNAN, Respondent.—

All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES BEREZAK, Appellant.—

All concur.

MEYER A. NOVICK, Appellant, v. HULDA DAVIDSON, Respondent, et al., Defendants.—

All concur.